THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>LATONNA MARIE SPOTTED EAGLE,<br><br>     Defendant. | CR-15-83-GF-BMM<br><br><br>**ORDER** |

  Defendant Latonna Marie Spotted Eagle ("Spotted Eagle") has moved for early termination of her current term of supervised release. (Doc. 102.) The Government does not oppose the motion. (*Id.* at 2.) The Court conducted a hearing on the motion on April 14, 2020. For the reasons below, the Court will grant Spotted Eagle's motion.

  Spotted Eagle pleaded guilty to possession with intent to distribute methamphetamine. (Doc. 103 at 2.) The Court sentenced Spotted Eagle to a prison term of 44 months followed by four years of supervised release. (*Id.*) Spotted Eagle began supervised release on March 7, 2018. Spotted Eagle has completed around 13 months of her supervised release. Spotted Eagle's supervised release will expire on March 6, 2020. Spotted Eagle's probation officer has indicated that Spotted Eagle has complied with all of her supervision conditions.

1

Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The record reflects that Spotted Eagle has complied with her supervision conditions. Spotted Eagle has demonstrated that she is able to conform her conduct to the law for more than two years. Spotted Eagle has obtained steady employment and has changed her lifestyle to address the Court's obligations. Spotted Eagle does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 102) is **GRANTED**.

DATED this 15th day of April, 2020.

/s/ Brian Morris

Brian Morris, Chief District Judge
United States District Court